**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **MIKAELA DYETT,** | * |
| | * |
| **PLAINTIFF,** | * |
| | * |
| **V.** | *  **CIVIL ACTION NO.:** |
| | *  **1:22-CV-1976-LMM** |
| **ROYCE ZAH,** | * |
| | * |
| **DEFENDANT.** | * |
| | * |
| | * |

**NOTICE OF DEPOSITION**

Please take notice that, pursuant to the terms and provisions of Fed. R. Civ. P. 26 and 30, and by agreement of counsel, Plaintiff will take the remote deposition of Scott M. Mourtgos beginning at 11:00 a.m. EST on Tuesday, July 11, 2023. The deposition will take place before an officer duly authorized to administer oaths and will continue day to day until completed. The deposition will be recorded by stenographic and videographic means.

This 7th day of July, 2023

Respectfully Submitted,
*/s/ MIGUEL A. DOMINGUEZ*
Miguel A. Dominguez, Esq.
Georgia Bar Number 301860
Attorney for Plaintiff


MORGAN & MORGAN ATLANTA PLLC
P.O. Box 57005
Atlanta, Georgia 30343-1007
Telephone:(404) 965-1635
Email: mdominguez@forthepeople.com

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing pleading with the

Clerk of Court using the CM/ECF system on July 7, 2023, which will

automatically send email notification to the following counsel of record:

William W. Peters, Esq.
Christopher M. Carr, Esq.
Loretta L. Pinkston-Pope, Esq.
Susan E. Teaster, Esq.
Department of Law, State of Georgia
40 Capitol Square, S.W.
Atlanta, GA 30334
wpeters@law.ga.gov

This 7th day of July, 2023.

Respectfully Submitted,

*/s/ MIGUEL A. DOMINGUEZ*
Miguel A. Dominguez, Esq.
Georgia Bar Number 301860
Attorney for Plaintiff

MORGAN & MORGAN ATLANTA PLLC
P.O. Box 57005
Atlanta, Georgia 30343-1007
Telephone:(404) 965-1635
Email: mdominguez@forthepeople.com